SILVER BEACH REALTY CORPORATION, Respondent, v. JAMES GEELAN and Another, Defendants, Impleaded with THE CITY OF NEW YORK and Another.

Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.